IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE SANTIAGO | : | CIVIL ACTION |
| v. | : | No. 10-649 |
| MICHAEL C. BARONE, et al. | : | |

**ORDER**

AND NOW, this 10th day of December, 2012, upon careful and independent consideration of Petitioner Jose Santiago's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport and Santiago's objections thereto, it is ORDERED:

1. Santiago's objections to the Report and Recommendation are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The petition for a writ of habeas corpus is DISMISSED without an evidentiary hearing; and

4. There is no probable cause to issue a certificate of appealability.

The Clerk of the Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.